Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIARA C. RABB-BRUMFIELD, an individual;<br><br>Plaintiff;<br>v.<br><br>SUN LOAN COMPANY NEVADA, INC., a foreign corporation; ONE NEVADA CREDIT UNION, a domestic nonprofit cooperative corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:20-cv-01641-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ONE NEVADA CREDIT UNION WITH PREJUDICE**<br><br>ECF No. 16 |

Plaintiff, Kiara C. Rabb-Brumfield ("Plaintiff"), and Defendant, One Nevada Credit Union ("ONCU") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

under FRCP 41(a) as to ONCU, with Plaintiff and ONCU bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 3, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 3, 2021

**SANTORO WHITMIRE**

*/s/ James E. Whitmire*
James E. Whitmire, Esq.
Nevada Bar No. 6533
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
jwhitmire@santoronevada.com
*Attorney for Defendant One Nevada Credit Union*

Dated: March 3, 2021

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
areams@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant One Nevada Credit Union are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2021