1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8872 S. Eastern Avenue, Suite 270
   Las Vegas, Nevada 89123
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*
6

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| KIARA C. RABB-BRUMFIELD, an individual; | Case No.: 2:20-cv-01641-JAD-VCF |
| Plaintiff; | |
| v. | |
| SUN LOAN COMPANY NEVADA, INC., a foreign corporation; ONE NEVADA CREDIT UNION, a domestic nonprofit cooperative corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE**<br><br>ECF No. 17 |
| Defendants. | |

Plaintiff, Kiara C. Rabb-Brumfield ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 3, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 3, 2021

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
areams@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, and because Experian is the last-remaining defendant in this action, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2021